UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-22288-ALTMAN

**EMILIO PINERO**,

    *Plaintiff*,

v.

**GROVE CITY MOTEL LLC,** *et al.*,

    *Defendants*.

_____/

## ORDER

The Plaintiff filed the Complaint [ECF No. 1] on June 22, 2021 and served the Defendants on July 30, 2021. *See* Proof of Service [ECF No. 12]. On July 30, 2021, the Court held a Hearing [ECF No. 13], at which the non-lawyer owner of the Defendants appeared and explained that he had not yet obtained counsel for his companies. Accordingly, and for the reasons stated on the record, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The Defendants are two limited liability companies and a corporation, and they are not *sui juris*. *See Ortega v. Las Brisas Restaurante, LLC*, No. 14-62190-CIV, 2015 WL 11181730, at *1 (S.D. Fla. Mar. 24, 2015) ("Artificial entities like corporations and limited liability companies cannot appear pro se and must be represented by counsel." (citing *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-86 (11th Cir. 1985))). Accordingly, by **August 13, 2021**, the Defendants shall retain counsel, and counsel shall file a notice of appearance. The Defendants' failure to appear through counsel by **August 13, 2021** will result in sanctions, including the entry of default.

2. For the reason stated on the record, the Plaintiff's Motion to Strike [ECF No. 10] is **GRANTED**. The Response Letter [ECF No. 8] is **STRICKEN**.

3. After the Defendants obtain counsel, the parties are directed to prepare and file a joint

scheduling report, as required by Local Rule 16.1, by **August 27, 2021**. In addition, by **August 27, 2021**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of August 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record